# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: Rodney Allen | JUVENILE: No |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: Public |
| | SERVICE TYPE: Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| INVESTIGATIVE AGENT: Drew McCandless | INTERPRETER: No |
| Telephone No.: (208) 433-3513 | If YES, language: |
| AGENCY: Federal Bureau of Investigation | |
| CASE INFORMATION: | RELATED COMPLAINT: No |
| | CASE NUMBER: |

U.S. COURTS
JAN 10 2018
Rcvd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: Indictment

| | | | |
|---|---|---|---|
| Felony: | Yes | County of Offense: | Ada |
| Class A Misdemeanor: | No | Estimated Trial Time: | 3 days |
| Class B or C Misdemeanor: (Petty Offense) | No | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1343 | ONE | Wire Fraud | Up to 20 years in prison, 3 years supervised release, $250,000 fine, $100 Special Assessment |
| 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 982(a) | FORFEITRUE ALLEGATION | Criminal Forfeiture Allegation | Forfeiture of listed assets |

Date: 9 January 2018      Assistant U.S. Attorney: RAYMOND E. PATRICCO
                          Telephone No.: (208) 334-1211