# CRIMINAL COVERSHEET

| | | | |
|---|---|---|---|
| DEFENDANT'S NAME: | **Rodney Allen** | JUVENILE: | No |
| DEFENSE ATTORNEY: | | | |
| Address: | | PUBLIC or SEALED: | Public |
| | | SERVICE TYPE: (Summons or Warrant or Notice (if Superseding)) | Warrant |
| Telephone No.: | | ISSUE: | Yes |
| INVESTIGATIVE AGENT: | Drew McCandless | INTERPRETER: | No |
| Telephone No.: | (208) 433-3513 | If YES, language: | |
| AGENCY: | Federal Bureau of Investigation | | |
| CASE INFORMATION: | | RELATED COMPLAINT: CASE NUMBER: | No |

## CRIMINAL CHARGING INFORMATION

| | | | |
|---|---|---|---|
| CHARGING DOCUMENT: | **Indictment** | | |
| Felony: | **Yes** | County of Offense: | **Ada** |
| Class A Misdemeanor: | **No** | Estimated Trial Time: | **3 days** |
| Class B or C Misdemeanor: (Petty Offense) | **No** | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **18 U.S.C. § 1343** | **ONE THROUGH TEN** | **Wire Fraud** | **Up to 20 years in prison, 3 years supervised release, $250,000 fine, $100 Special Assessment** |
| **18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 982(a)** | **FORFEITRUE ALLEGATION** | **Criminal Forfeiture Allegation** | **Forfeiture of listed assets** |

Date:   9 January 2018          Assistant U.S. Attorney:   RAYMOND E. PATRICCO
                                Telephone No.:   (208) 334-1211