BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KEVIN T. MALONEY, IDAHO STATE BAR NO. 5095
RAYMOND E. PATRICCO, DISTRICT OF COLUMBIA BAR NO. 454792
ASSISTANTS UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RODNEY ALLEN,<br><br>　　　　　Defendant. | Case No. 1:18-cr-00002-EJL<br><br>**NOTICE OF GOVERNMENT'S INTENT REGARDING FORFEITURE** |
|---|---|

　　　Notice is hereby given by Plaintiff, United States of America, by and through Bart M. Davis, United States Attorney, and the undersigned Assistant United States Attorney for the District of Idaho, Kevin T. Maloney, of the United States' intent to release the *lis pendens* filed on the real property listed in the forfeiture allegation of the Indictment (ECF No. 1).

　　　The United States Attorney's Office was contacted by Chapter 7 Bankruptcy Trustee Noah Hillen (Trustee), who informs that the Trustee and Bankruptcy Court are in the process of liquidating assets for the benefit of creditors and/or victims, which appears consistent with the Order Approving Substantive Consolidation issued July 16, 2018 by Chief U.S. Bankruptcy Judge Myers.  (Case 17-00495- TLM, Doc. 94).

NOTICE OF GOVERNMENT'S INTENT REGARDING FORFEITURE - 1

At this time, Defendant Rodney Allen remains a fugitive.  Typically, forfeiture cannot be advanced in a criminal case unless the Defendant is apprehended.

In order to facilitate the process in the Bankruptcy Court, the United States intends to release its *lis pendens* filed against the real property listed in the indictment – 5914 W. Cruzen Street, Boise, Idaho and 1010 Fireweed Drive, McCall, Idaho.

The United States will provide notice of this intent through its Victim Notification System to identified potential victims in the case.

The United States' intent regarding forfeiture may change if factual or legal circumstances change.

Respectfully submitted this 1st day of October, 2018.

    BART M. DAVIS
    UNITED STATES ATTORNEY
    By:

    */s/ Kevin T. Maloney*
    KEVIN T. MALONEY
    Assistant United States Attorney

NOTICE OF GOVERNMENT'S INTENT REGARDING FORFEITURE - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 1, 2018, the foregoing **NOTICE OF GOVERNMENT'S INTENT REGARDING FORFEITURE** was electronically filed with the Clerk of the Court using the CM/ECF system. The fugitive defendant does not have an attorney on this case to serve. A copy of this Notice will be sent by email to Chapter 7 Bankruptcy Trustee Noah Hillen.

*/s/ Amanda Humphres*
Amanda Humphres
FSA Data Analyst