BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
RAYMOND E. PATRICCO, DISTRICT OF COLUMBIA STATE BAR NO. 454792
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00002-EJL |
|---|---|
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| vs. | |
| RODNEY ALLEN, | |
| Defendant. | |

Effective February 24, 2020, the mailing address for the undersigned will change to:

United States Attorney's Office
1290 West Myrtle Street, Suite 500
Boise, ID  83702

The phone number and e-mail address will not change.

**NOTICE OF CHANGE OF ADDRESS - 1**

Respectfully submitted this 25th day of February, 2020.

                                             BART M. DAVIS
                                             UNITED STATES ATTORNEY
                                             By:

                                             */s/ Raymond E. Patricco*

                                             RAYMOND E. PATRICCO
                                             Assistant United States Attorney

**NOTICE OF CHANGE OF ADDRESS - 2**